September 28, 2007

Honorable J. Woodfin Jones
Alexander Dubose Jones & Townsend LLP
515 Congress Avenue, Suite 1720
Austin, TX 78701

Mr. William L. Kirkman
Bourland & Kirkman
201 Main Street, Suite 1400
Fort Worth, TX 76102-3118
Mr. Douglas W. Alexander
Alexander Dubose Jones & Townsend LLP
515 Congress Avenue, Suite 1720
Austin, TX 78701

RE: Case Number: 05-0006
 Court of Appeals Number: 03-03-00306-CV
 Trial Court Number: GN1-01679

Style: NATIONAL PLAN ADMINISTRATORS, INC. AND CRS MARKETING AGENCY,
 INC.
 v.
 NATIONAL HEALTH INSURANCE COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Jeffrey Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |
| |Mr. Larry J. Taylor |
| |Mr. Ray Stocks |
| |Mr. Bruce Barnard |
| |Mr. Walt Podgurski |
| |Mr. Glenn D. West |